1

Robert Fish, Esq. (SBN 149711)
rfish@fishiplaw.com

2

Mei Tsang, Esq. (SBN 237959)
mtsang@fishiplaw.com

3

Ryan Dean, Esq. (SBN 259320)
rdean@fishiplaw.com

4

Fish & Associates, PC
2603 Main Street, Suite 1000

5

Irvine, California 92614-4271
Telephone:   949-943-8300

6

Facsimile:   949-943-8358

7

Attorneys for Plaintiff,
Marc Cain GmbH

8

9

Curtis R. Tingley (SBN 112322)
ctingley@tingleyllp.com

10

Jonathan A. McMahon (SBN 239370)
jmcmahan@tingleyllp.com

11

Tingley Piontkowski LLP
10 Almaden Blvd., Suite 430

12

San Jose, CA  95113
Telephone:   408-283-7000

13

Facsimile:   408-283-7010

14

Attorneys for Defendant
Eurex, LLC

15

16

JS-6

**UNITED STATES DISTRICT COURT**

17

**CENTRAL DISTRICT OF CALIFORNIA**

18

19

MARC CAIN GMBH., a corporation of Germany,

**Case CV12-06613-ODW (FMOx)**

20

**Honorable Otis D. Wright II**

Plaintiff,

21

22

v.

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

23

EUREX, LLC, a New Jersey Limited Liability Company; and DOES 1 through 10,

24

25

Defendants.

26

27

/ / /

28

-1-

Plaintiff MARC CAIN GmbH ("Marc Cain") and defendant EUREX, LLC ("Eurex"), in compromise and settlement of this action on the terms and conditions of a Settlement Agreement separately entered into between them, having agreed that a Consent Judgment and Permanent Injunction should be entered between them and good cause appearing therefor, but without any admission of liability by any of Marc Cain and Eurex for any of the acts complained of in the pleadings on file in this case,

IT IS ORDERED, ADJUDGED, AND DECREED:

1. This case arises under the Trademark Act of 1946, 15 U.S.C. 1051 1127, and the Trademark Counterfeiting Act of 1984, 15 U.S.C. 1116(d), 1117(b), and 1118.  This Court has jurisdiction over the subject matter thereof pursuant to 15 U.S.C. 1121, 28 U.S.C. 1338(a), 28 U.S.C. 1331, and 28 U.S.C. 1332.  The claims arising under California state law and under common law rights are joined with the substantial and related claims under the Trademark Laws of the United States, 15 U.S.C. 1051 1127.  The parties to this Consent Judgment hereby consent to the personal jurisdiction of this Court in this action, and of this Court to enforce the terms and provisions of this Consent Judgment and Permanent Injunction.

2. Eurex, its officers, agents, servants, employees, attorneys, and those persons in active concert with them who receive actual notice of this order by personal service or otherwise, shall be and hereby are permanently restrained and enjoined in the United States and throughout the world from engaging in any of the following activities without the permission of Marc Cain:

    2.1.    Registering or filing any application to register any designation containing or consisting of the words Marc Cain, or any mark to which there is a likelihood of confusion with the words Marc Cain, in any class and with respect to any goods or services, and further agree to not use any such mark for any goods or services;

2.2.    Registering or filing any application to register any designation containing or consisting of the Marc Cain shield mark as set forth in canceled U.S. trademark reg. no. 3928876, and the marks shown in U.S. trademark application serial nos. 85567011, 85567026, 85567034, 85567020, 85567029, and 85567038.

2.3.    Registering or filing any application to register any domain name that includes or consists of the words Marc Cain, or any other word or characters or design to which there is a likelihood of confusion with the words Marc Cain;

2.4.    Having any commercial use whatsoever of the word Marc Cain, the Marc Cain shield mark, or any other word, character or design to which there is a likelihood of confusion with either the word Marc Cain or the Marc Cain shield mark;

2.5.    Making any negative statements about, or in any manner misrepresenting, Marc Cain, its affiliates, and their respective officers, directors, agents, employees, shareholders, successors, assignees, or customers;

2.6.    Taking any legal action in the United States or anywhere else in the world against Marc Cain, its affiliates, and their respective officers, directors, agents, employees, shareholders, successors, assignees, distributors, suppliers or customers, relative to Marc Cain's production, sales, marketing or distribution of any Marc Cain labeled products or services; and

2.7.    Contacting, making further contact with, or providing any contact information to any entity for any of, Marc, Cain, its affiliates, and their respective officers, directors, agents, employees, shareholders, successors, assignees, distributors, suppliers or customers, relative to Marc

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION

1    Cain's production, sales, marketing or distribution of any Marc Cain labeled

2    products or services.

3        3.  This Court shall have continuing jurisdiction to enforce this Consent

4    Judgment and Permanent Injunction.

5        4.  The Parties herein, as between and among themselves, shall each bear

6    their own costs and attorney's fees in the present action.

7        The Court expressly finds, pursuant to Rule 54(b), Fed. R. Civ. Pro. that

8    there is no just reason for delay in entering this Consent Judgment, and expressly

9    directs entry of such judgments.

10

11   Dated: January 23, 2013

                                 Honorable Otis D. Wright II

12                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION